```
                                    FILED

                                    08 FEB 13 PM 5: 13


                                BY:      POL       DEPUTY
```

1
2
3
4
5
6
7
8
9
10
11
12
13
14

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2007 Grand Jury   08 CR 0374 W

| UNITED STATES OF AMERICA, | ) | Criminal Case No. _____ |
|---|---|---|
| Plaintiff, | ) | **I N D I C T M E N T** |
| v. | ) | Title 21, U.S.C., Sec. 841(a)(1) - Possession of Marijuana with Intent to Distribute |
| MIGUEL VEGA, | ) | |
| Defendant. | ) | |

15  The grand jury charges:

16  On or about November 29, 2007, within the Southern District of
17  California, defendant MIGUEL VEGA did knowingly and intentionally
18  possess, with intent to distribute, 100 kilograms and more, to wit:
19  approximately 250.9 kilograms (552 pounds) of marijuana, a Schedule I
20  Controlled Substance; in violation of Title 21, United States Code,
21  Section 841(a)(1).

22  DATED: February 13, 2008.

23                                              A TRUE BILL:

24
25                                              _____
                                                Foreperson
26  KAREN P. HEWITT
    United States Attorney
27
28  By: _____
        W. MARK CONOVER
        Assistant U.S. Attorney

WMC:fer:San Diego
2/13/08