1 **TIMOTHY R. GARRISON**
California Bar No. 228105
2 **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
3 San Diego, California 92101-5008
Tel: (619) 234-8467 ext. 3722 / Fax: (619) 687-2666
4 timothy_garrison@fd.org

5 Attorneys for MIGUEL VEGA

8 UNITED STATES DISTRICT COURT

9 SOUTHERN DISTRICT OF CALIFORNIA

10 **(HONORABLE THOMAS J. WHELAN)**

| | |
|---|---|
| 11  UNITED STATES OF AMERICA, | ) Criminal No. 08-cr-00374-W |
| 12               Plaintiff, | ) Date: March 3, 2008 |
| | ) Time: 2:00 p.m. |
| 13  v. | ) |
| | ) NOTICE OF MOTIONS AND MOTIONS TO: |
| 14  MIGUEL VEGA, | ) 1) COMPEL DISCOVERY AND PRESERVE |
| | )    EVIDENCE; AND |
| 15               Defendant. | ) 2) GRANT LEAVE TO FILE FURTHER |
| | )    MOTIONS |
| 16  _____ | ) |

17 TO:     KAREN P. HEWITT, UNITED STATES ATTORNEY; AND
         ASSIGNED ASSISTANT UNITED STATES ATTORNEY:

19 **PLEASE TAKE NOTICE** that on March 3, 2008, at 2:00 p.m., or as soon thereafter as

20 counsel may be heard, the accused, MIGUEL VEGA, by and through his attorneys, Timothy R. Garrison,

21 and Federal Defenders of San Diego, Inc., will ask this Court to enter an order granting the motions listed

22 below.

23 //
24 //
25 //
26 //

27                                              **MOTIONS**

28                                                                                              08-cr-00374-W

1 MIGUEL VEGA, the accused in this case, by and through his attorneys, Timothy R. Garrison,
2 and Federal Defenders of San Diego, Inc., pursuant to the Fourth, Fifth and Sixth Amendments to the United
3 States Constitution, Federal Rules of Criminal Procedure and all other applicable statutes, case law and local
4 rules, hereby moves this court for an order:

5   1) to compel discovery and preserve evidence;

6   2) to grant leave to file further motions.

7 These motions are based upon the instant motions and notice of motions, the attached
8 statement of facts and memorandum of points and authorities, and any and all other materials that may come
9 to this Court's attention at the time of the hearing on these motions.

Respectfully submitted,

 /s/ *Timothy R. Garrison*
12 Dated: February 22, 2008    **TIMOTHY R. GARRISON**
Federal Defenders of San Diego, Inc.
Attorneys for Mr. Vega
timothy_garrison@fd.org

08-cr-00374-W

2

1  UNITED STATES DISTRICT COURT

2  SOUTHERN DISTRICT OF CALIFORNIA

3  UNITED STATES OF AMERICA,           )
                                       )
4         Plaintiff,                   )   Case No. 08cr0374-W
                                       )
5  v.                                  )
                                       )   **CERTIFICATE OF SERVICE**
6  MIGUEL VEGA,                        )
                                       )
7         Defendant.                   )
   _____ )
8
          Counsel for Defendant certifies that the foregoing pleading, is true and accurate to
9
   the best of his information and belief, and that a copy of the foregoing has been electronically
10
   served this day upon:
11
          **U S Attorney CR**
12        Efile.dkt.gc2@usdoj.gov

13 Mailed to:
                 Miguel Vega
14               Defendant

15
   Dated: February 22, 2008              /s/ Timothy R. Garrison
16                                       **TIMOTHY R. GARRISON**
                                         Federal Defenders of San Diego, Inc.
17                                       225 Broadway, Suite 900
                                         San Diego, CA 92101-5030
18                                       (619) 234-8467  (tel)
                                         (619) 687-2666  (fax)
19                                       E-mail: Timothy_Garrison@fd.org

20

21

22

23

24

25

26

27

28                                                                              08-cr-00374-W