1  **RUSSELL S. BABCOCK**
   California State Bar No. 99130
2  Certified Specialist, Criminal Law
   State Bar of California Board of Legal Specialization
3  LAW OFFICES OF RUSSELL S. BABCOCK
   1400 Sixth Avenue, Ste. 210B
4  San Diego, California 92101
   www.LawBabcock.com
5  (619) 531-0887

6  Attorneys for Defendant,

7

8                  **UNITED STATES DISTRICT COURT**

9                  **SOUTHERN DISTRICT OF CALIFORNIA**

10                 **HONORABLE THOMAS J. WHELAN**

11
   UNITED STATES OF AMERICA,      )      CASE NO. 08CR-374-1-W
12                                 )
                  Plaintiff,       )      ENTRY OF APPEARANCE
13                                 )
          v.                       )
14                                 )
                                   )
15                                 )
   MIGUEL VEGA,                    )
16                                 )
                  Defendant.       )
17  _____ )

18  TO:   **KAREN HEWITT, UNITED STATES ATTORNEY AND TO ALESSANDRA**
          **SERANO, ASSISTANT UNITED STATES ATTORNEY:**
19
          PLEASE TAKE NOTICE that Russell S. Babcock hereby enters his general
20
   appearance as privately retained counsel for defendant, Miguel Vega.  Defendant further
21
   requests that Norma Aguilar be relieved as counsel.
22

23
   DATED: March 11, 2008                   Respectfully submitted,
24

25
                                           /s/ Russell S. Babcock
26
                                           RUSSELL S. BABCOCK
27
                                           Attorney for Defendant
28