PROOF OF SERVICE BY MAIL OR HAND DELIVERY

Case Name:  **United States v. Vega**

No.:    08-00374-W


   I am employed in the County of San Diego, State of California.  I am over the age of 18 and not a party to the within action.  My business address is that of 1400 Sixth Ave., Suite #210, San Diego, California  92101

I am not a party to the above-entitled action.  I have cause service of Entry of Appearance by electronically filing the foregoing with the Clerk of the District Court using the ECF System, which electronically notifies them:

Alessandra Serano
Assistant U.S. Attorney


   Executed on  March 11, 2008   at San Diego, California.

   I declare under penalty of perjury that the above is true and correct.

                                                */s/  Russell S. Babcock*
                                                    Russell S. Babcock